# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2023-1797
_____

ZACHARY A. WILLIAMS,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

On appeal from the Circuit Court for Leon County.
Stephen S. Everett, Judge.

April 24, 2024

PER CURIAM.

Appellant's motion was untimely under Florida Rule of Criminal Procedure 3.850. Moreover, a failure by the State to serve written notice of intent to habitualize does not result in an illegal sentence, and a claim based on such a failure is not cognizable under rule 3.800(a). *See Gary v. State*, 276 So. 3d 401, 402 (Fla. 1st DCA 2019) ("[A] challenge to the procedure that led to the imposition of the punishment is not cognizable in a rule 3.800(a) proceeding."). AFFIRMED.

B.L. THOMAS, RAY, and KELSEY, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____

Zachary A. Williams, pro se, Appellant.

Ashley Moody, Attorney General, Tallahassee, for Appellee.